242 So.2d 574

**STATE of Louisiana ex rel.
Warren WALKER**

**v.**

**C. Murray HENDERSON, Warden, Louisiana State Penitentiary et al.**

No. 51059.

Jan. 13, 1971.

 Considering the evidence taken at the hearing, we find no merit in the complaint.

■

242 So.2d 575

**STATE of Louisiana ex rel.
Phillip FALLS**

**v.**

**C. Murray HENDERSON, Warden, Louisiana State Penitentiary.**

No. 51079.

Jan. 13, 1971.

The showing made does not warrant the exercise of our original or supervisory jurisdiction. See McGritt v. Wainwright, 431 F.2d 897 (5th Cir. 1970), and authorities cited therein.